UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSE LEAHY,

    Plaintiff,

v.                                                             Case No: 8:16-cv-45-T-36AEP

STATE OF FLORIDA and SARASOTA
STATE ATTORNEY,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on May 12, 2016 (Doc. 11). In the Report and Recommendation, Magistrate Judge Porcelli recommends that: (1) Plaintiff's request to proceed *in forma pauperis* (Doc. 3) be DENIED; (2) Plaintiff's Complaint (Doc. 1) be DISMISSED; and (3) Plaintiff's motion to appoint counsel (Doc. 9) be DENIED.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 11) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    Plaintiff's request to proceed *in forma pauperis*  (Doc. 3) is **DENIED.**

(3)   Plaintiff's Motion to Appoint Counsel (Doc. 9) is **DENIED.**

(4)   Plaintiff's Complaint (Doc. 1) is **dismissed**.

(5)   The Clerk is directed to terminate any pending motions and deadlines and CLOSE this case.

**DONE AND ORDERED** at Tampa, Florida on June 1, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record